



EXHIBIT
3

Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 2 of 24



# Why Choose Water Song?



# Problem

- Lack of Authenticity: American Chinese food restaurants often deviate from traditional Chinese recipes and flavors, leading to a loss of authenticity in the dishes they serve.

- Over-reliance on Greasy and Heavy Foods: Many American Chinese restaurants tend to focus on deep-fried and heavily sauced dishes, which can be unhealthy and contribute to the perception of Chinese food as greasy or heavy.

- Adaptation to Western Palates: To cater to Western tastes, certain American Chinese dishes may be excessively sweet, lacking the delicate balance of flavors found in authentic Chinese cuisine.

- Minimal Emphasis on Health-Conscious Options: While Chinese cuisine has a reputation for being balanced and healthful, American Chinese restaurants often offer limited options for those seeking lighter, vegetable-forward, or dietary-restricted choices.

- Stereotyping and Generalization: American Chinese restaurants may inadvertently perpetuate stereotypes and misconceptions about Chinese culture and cuisine by simplifying it to a few iconic dishes, neglecting the rich diversity of regional specialties.





Case 1:25-cv-08742-AB Document 13 Filed 08/29/25 Page 3 of 24

# Water Song Solution

- Founded in 2019 in Baltimore MD
- Early mission to create the tastiest and healthiest authentic Chinese food experience
- 1st location great success with strong cash flows
- 2nd location opened November 2022 with strong start
- Water Song Team is currently evaluating possible 3rd location sites
- Water Song Team uses unique product offerings to diversify into food supplies





Case 1:25-cv-02842-ABA   Document 1-3   Filed 08/29/25   Page 5 of 24



# Our Values

## Vision

Our vision is to rapidly expand our presence, opening 10 additional locations in the next three years across the U.S. Mid-Atlantic region. Our goal is to become a prominent culinary destination, known for our innovative flavors and warm hospitality, and to establish a lasting impact on the dining scenes in these regions. With each new location, we strive to share our passion for culinary excellence and cultural fusion.

## Mission

At Water Song, our mission is to be the destination for discerning diners seeking an exceptional blend of Yunnan cuisine and modern American taste. We continuously strive to push the boundaries of culinary innovation, ensuring that each visit to our restaurant is an extraordinary experience that leaves a lasting impression on our customers.



Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 6 of 24

PROFILE

# Meet Our Team











**Cheng(Colin) Liang**

CEO

**Andrew Hinton**

DIRECTOR OF BUSINESS
DEVELOPMENT

**Rongqian Zhang**

OPERATIONS/ GENERAL
MANAGER

**Kaitlin Newman**

DIGITAL MARKETING
MANAGER

**Jay Estabrook (CPA)**

ACCOUNTING DIRECTOR



Case 1:25-cv-02842-ABA   Document 1-3   Filed 08/29/25   Page 7 of 24



CEO / FOUNDER

# Colin Liang

The business was founded by Colin Liang, who has restaurant experience from his time running restaurants in China and is a culinary expert on the preparation of authentic dishes. Colin grew up China's Yunnan province and sources the same fresh ingredients from local markets in the U.S. that resonate with the flavors of Colin's hometown. In addition to traditional Yunnan dishes, Colin has devised various fusion concepts to bring together flavors from the U.S. with local influences.



Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 8 of 24



CO-FOUNDER

# Andrew Hinton

Andrew Hinton co-founded the restaurant for his love of Chinese food and his passion for bringing people together. With an entrepreneurial background and multiple operating companies within the real estate industry, Andrew supports real estate-related functions as well as executive finance, marketing, and legal oversight.



Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 9 of 24



OPERATION MANAGER / GENERAL MANAGER

# Rongqian Zhang

Rongqian grows up in China, and had Bachelor/ Master Degrees in the U.S and Europe. She has very strong risk controlling and management skills. With a multipole experiences Rongqian Zhang will ensure the creation and implementation of the company strategy designed to grow the business, provide direct management of key functional managers and executive in the business unit with Colin Liang and Andrew Hinton.



Case 1:25-cv-02842-ABA    Document 1-3    Filed 09/29/25    Page 10 of 24



# Authentic & Familiar



Case 1:25-cv-02842-ABA   Document 1-3   Filed 08/29/25   Page 11 of 24

COMPANY

# Water Song Yunnan Kitchen

## 1st Location

## 21 E Cross St.

## Baltimore, MD



Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 12 of 24

# Product Offerings Baltimore Location

**WATER SONG**
云水道
YUNNAN KITCHEN

### Traditional Yunnan Food

Providing the dishes from our hometown, Yunnan, China.

### 5 Stars for Healthy & Tasty

Presenting local ingredients in a unique way.

### Dine-in Atmosphere for Memorable Experiences

Chinese Tea and Domestic Favorites





Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 13 of 24

COMPANY

# Water Song Street Food

## 2nd Location

## 3 W Chesapeake Ave

## Towson, MD







# Product Offerings Towson Location

**WATER SONG** 云水遇 YUNNAN KITCHEN

### Traditional Asian Street Food

Providing authentic Asian Street Food cuisine

### Fast Casual Menu

providing a casual, street food menu that provides a more grab-and-go visitor, including students and professionals

### College Experience

Appealing to the Towson University student with "Instagrammable" lighting and fun atmosphere





Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 15 of 24

# Water Song Online

## E-Commerce

## https://yunnangem.com

Filter:  Availability ⌄    Price ⌄                                        Sort by:  Featured        ⌄    12 products




Water Song Ancient Tree Raw Pu erh Dragon balls (10)
$35.00 USD

Water Song Ancient Tree Raw Pu erh Dragon balls (5)
$20.00 USD



Large Kung Fu Tea Set
From $10.97 USD




Handmade Ruyao teacup
From $19.99 USD






Ceramic Tea Set Idyllic Style 10 Teapots Tea Cups
$79.99 USD



Kung Fu Tea Set
$45.99 USD

Purple Clay Kettle Tea Set
From $61.99 USD




Pu Erh Teacup Blue And White Porcelain Teacup
From $7.99 USD



Mini Cast Iron Pot Kung Fu Tea Set
$23.15 USD



Semi-automatic tea set
From $168.99 USD



Reverse Bottle
$37.99 USD



Semi-automatic tea set
$149.99 USD



Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 16 of 24

# Product Offerings E-Commerce Store

WATER SONG 云水遥 YUNNAN KITCHEN

### Wholesale Food Supplies

Distribution of Asian and other goods to regional buyers



### Tea and Tea Sets

Sharing Pu'er Tea and the traditional Chinese manner of serving tea. Wholesale and Retail.



### Chinese Gift Shop

Unique gifts at no fixed costs to share with customers and Water Song fans



# Target Market

Water Song serves a broad audience seeking specialty cuisines at affordable price points. The total Chinese Food market in the U.S. $26.5 billion. The average spending is $20-25 per person.

### Native Guest

- Enjoys authentic Chinese flavors
- Eats multiple times per month (or week)
- Learns about Water Song through Word-of-Mouth
- Uses WeChat to access promotions and engage with the restaurant

### Non-native Guest

- Enjoys exploring new foods, emphasizing the importance of a rotating menu
- Eats once per month
- Requires a lot of outreach via advertising and community activities
- Uses Facebook and Instagram to access promotions and engage with the restaurant





# Financial Projections - Revenue

Case 1:25-cv-02842-ABA    Document 13    Filed 08/29/25

| Revenue | FY2024 | FY2025 | FY2026 | FY2027 | FY2028 |
|---|---|---|---|---|---|
| Water Song Baltimore | $957,500 | $1,064,800 | $1,171,280 | $1,210,000 | $1,265,000 |
| Water Song Towson | $538,750 | $550,000 | $575,000 | $611,250 | $637,500 |
| Water Song DC | $663,000 | $1,170,000 | $1,300,000 | $1,430,000 | $1,560,000 |
| Food Distributor | $292,500 | $450,000 | $675,000 | $1,012,500 | $1,170,000 |
| Water Song Philly | | $1,080,000 | $1,200,000 | $1,320,000 | $1,440,000 |
| Totals | $2,451,750 | $4,314,800 | $4,921,280 | $5,583,750 | $6,072,500 |





Case 1:25-cv-02842-ABA    Document 1-3    Filed 08/29/25    Page 19 of 24

# Financial Projections - Cost of Goods Sold

| Direct Costs | FY2024 | FY2025 | FY2026 | FY2027 | FY2028 |
|---|---|---|---|---|---|
| Food Costs Baltimore | $258,525 | $287,496 | $316,246 | $326,700 | $341,550 |
| Food Costs Towson | $134,688 | $137,500 | $143,750 | $152,813 | $159,375 |
| Food Supply Costs | $73,125 | $112,500 | $168,750 | $253,125 | $292,500 |
| Distibution Shipping & Storage | $29,250 | $45,000 | $67,500 | $101,250 | $117,000 |
| Food Costs DC | $232,050 | $409,500 | $455,000 | $500,500 | $546,000 |
| Food Costs of Philly | | $378,000 | $420,000 | $462,000 | $504,000 |
| Totals | $727,638 | $1,369,996 | $1,571,246 | $1,796,388 | $1,960,425 |





Filed 08/29/25
Document 1-3
Case 1:25-cv-02842-ABA

# Financial Projections - Personnel

| Personnel | FY2024 | FY2025 | FY2026 | FY2027 | FY2028 |
|---|---|---|---|---|---|
| Head Count | 14 | 25 | 25 | 25 | 25 |
| Personnel Expenses | $703,929 | $1,326,813 | $1,398,188 | $1,473,629 | $1,553,400 |
| Salaries and Wages | $572,300 | $1,078,710 | $1,136,738 | $1,198,072 | $1,262,927 |
| Employee-Related Expenses | $131,629 | $248,103 | $261,450 | $275,557 | $290,473 |
| Total | $1,407,858 | $2,653,626 | $2,796,376 | $2,947,258 | $3,106,800 |





# Financial Projections

| Projected Profit & Loss | FY2024 | FY2025 | FY2026 | FY2027 | FY2028 |
|---|---|---|---|---|---|
| Revenue | $2,451,750 | $4,314,800 | $4,921,280 | $5,583,750 | $6,072,500 |
| Total Expenses | $2,263,035 | $3,946,873 | $3,978,615 | $4,401,353 | $4,730,460 |
| Net Profit | $188,715 | $367,927 | $942,665 | $1,182,397 | $1,342,040 |
| Net Profit % | 8% | 9% | 19% | 21% | 22% |



Projected net profit in next 5 years



Case 1:25-cv-02842-ABA    Document 1-3    Filed 09/29/25    Page 22 of 24

# Milestones & Future Plans

First Pop-up
06/19

Filmed a TV Show
by PBS with 6
million viewers

Begin Food and Tea
Wholesale Business

Open 4th Location
12/24

Fed Hill Location
Opens 03/20

2nd Location
Opens 11/22

Opens 3rd Location
04/24

WATER SONG
YUNNAN KITCHEN

# Investment Terms

- Total Amount to Raise of $350,000 for 28% of the company
- Minimum Investment is $50,000 for 4% of the company
- Investors become shareholders of all Water Song Locations
- Projected Returns are 10-20%+ average cash yield per year
- Dividends paid every 6 months with available cash

# Exit Strategy

| Raise VC Round & Repurchase Shares | Managing Partners Repurchase Shares | Raise Debt to Buyout Investors | Sell Business to Competitor or PE | Go Public |
|---|---|---|---|---|

- Estimated Sale profit after 4 locations is 2x in 3 Years



# Thank you for your consideration!

**Colin Liang**

colin_liang@watersongusa.com

(443) 869 4580

**Andrew Hinton**

andrew_hinton@watersongusa.com

(267) 269 0128

watersongkitchen.com

