UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

XINYI LIU                                    *

     Plaintiff                          *

     v.                                     *        Case No.: 25-2842

WATER SONG FOOD AND                          *
  BEVERAGE LLC, *et al.*

                    *

     Defendants

*        *        *        *        *        *        *        *        *        *        *        *        *

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Xinyi Liu hereby dismisses all claims asserted in the Complaint filed against Defendants Water Song Food and Beverage LLC, Cheng Liang and Andrew Hinton in the above-captioned case with prejudice.

Respectfully submitted,

  /s/ Jan I. Berlage
Jan I. Berlage (23937)
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

Attorney for Plaintiff

**IT IS SO ORDERED AND THE CLERK OF THE COURT IS DIRECTED TO CLOSE THIS CASE.**

Date:   September 16, 2024                          _____/s/_____
                                            Adam B. Abelson
                                            United States District Judge